# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2110

_____

DAMANI SPENCER,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Leon County.
Stephen S. Everett, Judge.

May 23, 2024

PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jessica J. Yeary, Public Defender; Megan Lynne Long and Tyler Kemper Payne, Assistant Public Defenders, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.